AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
June 12, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ aq _____
DEPUTY

United States of America )
v. )
)    Case No.    **EP:26-MJ-2632-LE**
)
)
TORRES-Martinez, Miguel Angel )
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ June 11, 2026 _____ in the county of _____ El Paso _____ in the
_____ Western _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1546(a) | When applying for admission to the United States, did knowingly personate another and attempt to evade immigration laws by appearing under an assumed or fictitious name. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Complaint sworn to telephonically on
_____ June 12, 2026 _____ at _____ 01:05 PM _____ and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

Carlos De La Huerta
CBP Enforcement Officer

Sworn to before me and signed in my presence.

Date: _____ June 12, 2026 _____

_____
*Judge's signature*
Laura Enriquez

City and state: _____ El Paso, Texas _____          UNITED STATES MAGISTRATE JUDGE

**FACTS**

On or about June 11, 2026, the DEFENDANT, Miguel Angel TORRES-Martinez, a native and citizen of Mexico, applied for admission into the United States at the Paso Del Norte Port of Entry via pedestrian primary in El Paso, Texas located in the Western District of Texas. The DEFENDANT presented a Texas Identification Card with the name, date of birth, and photograph of another whose initials are J.J.A. and represented himself to be that person.

DEFENDANT stated to the primary U.S. Customs and Border Protection Officer (CBPO) that he is a United States citizen. CBPO asked the DEFENDANT if the Texas Identification card he presented was his, and the DEFENDANT claimed ownership of the document. The DEFENDANT stated to CBPO he was headed home in El Paso, Texas. CBPO noticed the picture on the Texas Identification card did not match the DEFENDANT and referred him to Passport Control Secondary (PCS) for further inspection.

In PCS, the DEFENDANT provided his true name, date of birth, and place of birth, Chihuahua, Chihuahua. The DEFENDANT was served Form I-214 Warning as to Rights (English Version) which he read, understood, signed and waived his right to legal counsel. The DEFENDANT provided a sworn statement and admitted to using a document that was not issued to him to try and gain entry into the United States on June 11, 2026 at the Paso Del Norte port of Entry. Database records revealed the DEFENDANT does not have any legal documents to which to enter, reside, or seek employment in the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

**CRIMINAL AND IMMIGRATION RECORD**

<u>CRIMINAL RECORD</u>
07/06/2023 - Assault Family Violence - Convicted/fine

<u>IMMIGRATION RECORD</u>
None can be established at this moment.